FILED

JUN 2 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Thomas Andrew Newcomer *et al.*, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. **12 1029** |
| Corporate America d/b/a the United States, | ) ) | |
| Defendant. | ) ) ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of two plaintiffs' *pro se* complaint and applications for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* applications and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Two residents listing their address as a residence in "District of Columbia, Maryland," Compl. Caption, purport to sue the United States and/or corporate America. The complaint, consisting of various unexplained attachments, provides no notice of a claim and a basis for exercising federal court jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

                                                            /s/ Ellen S. Huvelle
                                                          United States District Judge

Date: June 20, 2012